**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

KIMBERLEY A. F.,

        Plaintiff,

v.                                        No. 1:25-cv-00802-KRS

FRANK BISIGNANO,
*Acting Commissioner of the Social Security Administration*,

        Defendant.

**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS***

    **THIS MATTER** comes before the Court upon Plaintiff's Motion to Proceed In Forma Pauperis.  (Doc. 2).  Having reviewed the Motion, the Court **FINDS** that Plaintiff's request is well-taken and should be **GRANTED**.

    **IT IS THEREFORE ORDERED** that Plaintiff's Motion to Proceed In Forma Pauperis, (Doc. 2), is **GRANTED**.  Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

    **IT IS FURTHER ORDERED** that the Clerk is hereby directed to transmit the required Notice pursuant to Rule 3 of the Supplemental Rules for Social Security Actions under 42 U.S.C. 405(g).

    **IT IS SO ORDERED** this 1st day of October, 2025.

                                       _____

                                       KEVIN R. SWEAZEA
                                       UNITED STATES MAGISTRATE JUDGE