# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

KIMBERLY A. F.,

      **Plaintiff,**

    **vs.**                                   **CIV NO. 1:25-cv-00802-KRS**

FRANK BISIGNANO,
**Acting Commissioner of Social Security,**

      **Defendant.**

## ORDER FOR SECOND EXTENSION

THIS MATTER coming before the Court upon Plaintiff's Second Motion for Extension of Time to File Plaintiff's Brief (the "Motion"), (Doc. 12), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

    **IT IS THEREFORE ORDERED** that Plaintiff file her Motion to Reverse or Remand to the Agency no later than **March 17, 2026**.

    **IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **April 16, 2026**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files his response.

                                       *Kevin Sweazea*

                                    KEVIN R. SWEAZEA
                                    UNITED STATES MAGISTRATE JUDGE