# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**KIMBERLY A. F.,**

     **Plaintiff,**

     **vs.**                          **CIV NO. 1:25-cv-00802-KRS**

**FRANK BISIGNANO,**
**Commissioner of Social Security Administration,**

     **Defendant.**

### ORDER FOR EXTENSION

**THIS MATTER** coming before the Court upon Defendant's Second Unopposed Motion for Extension of Time (the "Motion"), (Doc. 18), it being stated that Plaintiff concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Defendant file his Answer or otherwise respond to Plaintiff's Motion to Reverse or Remand to Agency, (Doc. 14), no later than **June 17, 2026**.

**IT IS FURTHER ORDERED** that Plaintiff may file a reply, if any, fourteen (14) days after Defendant files his brief.

**IT IS SO ORDERED** this 14th day of May, 2026.

                                          _____

                                          KEVIN R. SWEAZEA
                                          UNITED STATES MAGISTRATE JUDGE