# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**KIMBERLY A. F.,**

      **Plaintiff,**

      **vs.**                                      **CIV NO. 1:25-cv-00802-KRS**

**FRANK BISIGNANO,**
**Commissioner of Social Security Administration,**

      **Defendant.**

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR REMAND TO AGENCY PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Defendant, Commissioner of the Social Security ("Commissioner"), has filed an unopposed motion with this Court (Doc. 22), pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings. Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

      **IT IS SO ORDERED** this 12th day of June, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE